1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   MELVIN JOSEPH SIMMONS, JR.,              No.  2:18-cv-1490 KJN P

12                    Plaintiff,

13        v.                                  ORDER and FINDINGS &
                                              RECOMMENDATIONS
14   EDMUND G. BROWN, JR., et al.,

15                    Defendants.

16

17        By order filed November 14, 2018, plaintiff's complaint was dismissed and thirty days

18   leave to file an amended complaint was granted.  On January 2, 2019, plaintiff was granted an

19   additional thirty days in which to file an amended complaint.  Thirty days from that date have

20   now expired, and plaintiff has not filed an amended complaint or otherwise responded to the

21   court's order.

22        Accordingly, IT IS HEREBY ORDERED that the Clerk shall assign a district judge to

23   this action;

24        IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.  See

25   Local Rule 110; Fed. R. Civ. P. 41(b).

26        These findings and recommendations are submitted to the United States District Judge

27   assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

28   after being served with these findings and recommendations, plaintiff may file written objections

with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated:  February 13, 2019

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/simm1490.fta.ext

2